```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/08/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
SOPHIE THEALLET, and SOFIA T. INC.,                             :
                                                                :
                                            Plaintiffs,         :   1:20-cv-02212-GHW
                                                                :
                          -v -                                  :   ORDER
                                                                :
H&M HENNES AND MAURITZ, L.P., and H&M                           :
HENNES & MAURITZ GBC AB,                                        :
                                                                :
                                            Defendants.         :
                                                                :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons explained on the record during the conference held on July 8, 2020, Defendants' motion for summary judgment, Dkt. No. 63, is DENIED. Defendants' motions to seal, Dkt. Nos. 56, 80, are GRANTED.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 56, 63, and 80.

SO ORDERED.

Dated: July 8, 2020

                                                    _____
                                                    GREGORY H. WOODS
                                                    United States District Judge